1  JAMES B. KING
2  KEEFE, KING & BOWMAN, P.S.
3  601 W. MAIN, SUITE 1102
   SPOKANE, WA 99201
4  PH: 509-624-8988; Fax: 509-623-1380
5
6  ATTORNEYS FOR DEFENDANT
   WALGREEN CO. AND WALGREEN'S
7  PHARMACY, STORE #04476
8
9
10          IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
11
12
13  MIKE HIRST and MELINDA        | No. CV-07-0194-LRS
    HIRST, husband and wife,      |
14                                |
              Plaintiffs,         | ORDER GRANTING DISMISSAL
15  vs.                           | WITH PREJUDICE
16  WALGREEN CO., an Illinois     |
    corporation and WALGREEN'S    |
17  PHARMACY, STORE #04476;       |
    JANSSEN PHARMACEUTICA         |
18  PRODUCTS, LP; JANSSENT        |
    PHARMACEUTICA, INC., ALZA     |
19  CORPORATION; and JOHN DOE     |
20  or JANE DOE 1 TRHOUGH 5,      |
                                  |
21            Defendants.         |
22
23
24      THIS MATTER came on for hearing before the above-entitled Court on
25
26  the day and date last written below.  In consideration of the stipulation of the
27
28
29
30  ORDER GRANTING DISMISSAL
    WITH PREJUDICE : Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

plaintiff, the Court orders that plaintiff's claims against the defendants be and the same are hereby dismissed with prejudice and without costs.

**DATED** this 13th day of ~~January, 2009.~~ February, 2009.

s/Lonny R. Suko
_____
Honorable Lonnie R. Suko

Presented by:

**EVANS, CRAVEN & LACKIE, P.S.**

By: _____
James B. King, WSBA #8723
Attorneys for Defendants Walgreen Co.
and Walgreen's Pharmacy, Store #04476

Copy Received, Approved as to Form and
Notice of Presentment Waived:

**LUKINS & ANNIS, P.S.**

By: _____
William D. Hyslop, WSBA #11256
Attorneys for Plaintiffs

ORDER GRANTING DISMISSAL
WITH PREJUDICE : Page 2